**1000**

## S. P. BEECHER, Appellant, v. FEDERAL LAND BANK OF SPOKANE and Leavenworth State Bank, Appellees.

No. 10789.

Circuit Court of Appeals, Ninth Circuit.

Jan. 22, 1945.

Hon. L. B. Schwellenbach, District Judge.

Charles A. Christin, of San Francisco, Cal., for appellant.

Henry R. Newton, of Spokane, Wash., for appellee Federal Land Bank of Spokane.

Randall & Danskin, of Spokane, Wash., and Herman Howe, of Seattle, Wash., for appellee Leavenworth State Bank.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the suggestion of Mr. Charles A. Christin, counsel for appellant, that the appeals herein may be dismissed, and it appearing from the files of this Court that appellant has failed to file his opening brief herein and the time to file same pursuant to rule has long since expired, and by direction of the Court, it is ordered that the appeal in this cause be dismissed for failure of appellant to prosecute appeals herein, that a decree of dismissal be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.

## Estelle C. Porter CHRISTIN, Appellant, v. Charles W. STORY, Appellee.

No. 10800.

Circuit Court of Appeals, Ninth Circuit.

Jan. 29, 1945.

Joseph D. Taylor and Grainger & Hunt, all of Los Angeles, Cal., for appellant.

Raphael Dechter and Clyde C. Shoemaker, both of Los Angeles, Cal., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, without costs to either party, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

## COLUMBIA CASUALTY COMPANY, Appellant, v. WESTMORELAND COUNTY, PA.

No. 8662.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 16, 1944.

Decided Feb. 1, 1945.

Rehearing Granted March 5, 1945.

James J. Burns, Jr., of Pittsburgh, Pa., for appellant.

Oliver K. Eaton, of Pittsburgh, Pa. (Howard H. Whitehead, Co. Sol., of Greensburg, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below, 55 F. Supp. 30, is affirmed.